

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00342-CV

**IN RE ALBERT CASANOVA'S CUSTOM HOMES, LLC** and Albert Casanova

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

On May 23, 2018, relators filed a petition for writ of mandamus. On June 21, 2018, relators filed a Motion to Dismiss explaining this mandamus proceeding is now moot. We grant the motion and dismiss the petition as moot. This court's opinion will follow at a later date.

It is so **ORDERED** on June 22, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 11-0809-CV, styled *Walter Weidner and Eileen K. Reina-Weidner v. Albert Casanova's Custom Homes, LLC and albert Casanova*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William Old presiding.